## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WABTEC CORPORATION,<br><br>        Plaintiff,<br><br>    and<br><br>STRATO, INC.,<br><br>        Plaintiff-Intervenor,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>    and<br><br>COALITION OF FREIGHT COUPLER PRODUCERS,<br><br>        Defendant-Intervenor. | **Court No.   23-00161** |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Gary S. Katzmann.

Dated at New York, New York, this 7th day of July, 2025.


                          /s/ Mark A. Barnett
                            Mark A. Barnett
                            Chief Judge